IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| DONALD RAY FRENCH, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-06-4059 |
| | § | |
| NATHANIEL QUARTERMAN, | § | |
| Director, Texas Department of Criminal | § | |
| Justice, Institutional Division, | § | |
| | § | |
| Respondent. | § | |

## ORDER OF DISMISSAL

For the reasons stated in the Court's Memorandum on Dismissal entered this date, this action is **DISMISSED** without prejudice.

SIGNED at Houston, Texas, on this 27th day of December, 2006.

_____
DAVID HITTNER

United States District Judge